**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware
_____ _____
                                    (State)

Case number (*If known*): _____ Chapter __11__

❑ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Seawind Development Corp. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   2  6  _  4  7  2  7  3  7 2

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2710 Silverside Road | |
| Number      Street | Number      Street |
| | P.O. Box |
| Wilmington      DE      19810 | |
| City      State      ZIP Code | City      State      ZIP Code |
| New Castle | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number      Street |
| | City      State      ZIP Code |

5. **Debtor's website** (URL)

Debtor    Seawind Development Corp.    Case number (if known)_____
_____
Name

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

3   3   6   4

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.  District ___Delaware___  When _06/08/2021_  Case number _21-10910_
                                              MM / DD / YYYY

       District ___Delaware___  When _11/10/2023_  Case number _23-11843_
                                              MM / DD / YYYY

Debtor    Seawind Development Corp.                                Case number *(if known)* _____
              Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor    Seawind, LLC                          Relationship    Affiliate

              District    Delaware                          When    09/16/2024
                                                                          MM / DD / YYYY

              Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                            Number          Street

_____

_____
City                                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

| Debtor | Seawind Development Corp. | | Case number *(if known)*_____ |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | | |
|---|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/17/2024
                      MM / DD / YYYY

✗ /s/ Terry Silva                                Estate of Richard Silva by Terry Silva
Signature of authorized representative of debtor     Printed name

Title   Managing Member

| | | |
|---|---|---|
| **18. Signature of attorney** | ✗ /s/ Kevin S. Mann | Date   09/17/2024 |
| | Signature of attorney for debtor | MM / DD / YYYY |

Kevin S. Mann
Printed name
Cross & Simon, LLC
Firm name
1105 N. Market Street, Suite 901
Number        Street
Wilmington                                    DE        19801
City                                          State      ZIP Code
302-777-4200                                  kmann@crosslaw.com
Contact phone                                 Email address

4576                                          DE
Bar number                                    State

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2020**

For calendar year 2020 or tax year beginning _____, ending _____

| A S election effective date | | | D Employer identification number |
|---|---|---|---|
| 4/21/2009 | **TYPE** | Name SEAWIND DEVELOPMENT CORP. | 26-4727372 |
| B Business activity code number (see instructions) | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. 2710 SILVERSIDE ROAD | E Date incorporated 4/21/2009 |
| 541700 | **PRINT** | City or town WILMINGTON | State DE | ZIP code 19810 | F Total assets (see instructions) |
| C Check if Sch. M-3 attached ☐ | | Foreign country name | Foreign province/state/county | Foreign postal code | $ 1,974,730 |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change **(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................. 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | 1a Gross receipts or sales ......................... | 1a | |
| | b Returns and allowances ......................... | 1b | |
| | c Balance. Subtract line 1b from line 1a .................................. | 1c | 0 |
| | 2 Cost of goods sold (attach Form 1125-A) ................................ | 2 | |
| | 3 Gross profit. Subtract line 2 from line 1c ................................ | 3 | 0 |
| | 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) ...................... | 4 | |
| | 5 Other income (loss) (see instructions—attach statement) ......................... | 5 | |
| | 6 **Total income (loss).** Add lines 3 through 5 ............................. ▶ | 6 | 0 |
| **Deductions (see instructions for limitations)** | 7 Compensation of officers (see instructions — attach Form 1125-E) .................... | 7 | |
| | 8 Salaries and wages (less employment credits) ............................. | 8 | |
| | 9 Repairs and maintenance ..................................... | 9 | |
| | 10 Bad debts ............................................ | 10 | |
| | 11 Rents ............................................. | 11 | |
| | 12 Taxes and licenses ....................................... | 12 | |
| | 13 Interest (see instructions) .................................... | 13 | |
| | 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) .......... | 14 | |
| | 15 Depletion (**Do not deduct oil and gas depletion.**) ......................... | 15 | |
| | 16 Advertising .......................................... | 16 | |
| | 17 Pension, profit-sharing, etc., plans ................................ | 17 | |
| | 18 Employee benefit programs .................................... | 18 | |
| | 19 Other deductions (attach statement) ................................ | 19 | |
| | 20 **Total deductions.** Add lines 7 through 19 ........................... ▶ | 20 | 0 |
| | 21 **Ordinary business income (loss).** Subtract line 20 from line 6 ................... | 21 | 0 |
| **Tax and Payments** | 22a Excess net passive income or LIFO recapture tax (see instructions) ... | 22a | | |
| | b Tax from Schedule D (Form 1120-S) ............... | 22b | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) ..................... | 22c | 0 |
| | 23a 2020 estimated tax payments and 2019 overpayment credited to 2020 . | 23a | | |
| | b Tax deposited with Form 7004 .................. | 23b | | |
| | c Credit for federal tax paid on fuels (attach Form 4136) ....... | 23c | | |
| | d Reserved for future use .................... | 23d | | |
| | e Add lines 23a through 23d ................................... | 23e | 0 |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ............ ▶ ☐ | 24 | |
| | 25 **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed ...... | 25 | 0 |
| | 26 **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid ..... | 26 | 0 |
| | 27 Enter amount from line 26: **Credited to 2021 estimated tax** ▶ _____ **Refunded** ▶ | 27 | 0 |

| | Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No |
|---|---|---|---|
| **Sign Here** | ▶ Signature of officer | Date | Title | |

| **Paid Preparer Use Only** | Print/Type preparer's name ANTHONY J MASCHERINO | Preparer's signature | Date 9/3/2021 | Check ☒ if self-employed | PTIN P00507588 |
|---|---|---|---|---|---|
| | Firm's name ▶ ANTHONY J. MASCHERINO, CPA | | | Firm's EIN ▶ 23-2378643 | |
| | Firm's address ▶ 341 E. LANCASTER AVE. | | | Phone no. (610) 269-6833 | |
| | City DOWNINGTOWN | | State PA | ZIP code 19335 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1120-S** (2020)

HTA

Form 1120-S (2020)   SEAWIND DEVELOPMENT CORP.                                26-4727372        Page **2**

## Schedule B  Other Information (see instructions)

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash  **b** ☒ Accrual | | | |
| | **c** ☐ Other (specify) ▶ _____ | | | |

2 See the instructions and enter the:
**a** Business activity ▶ AIRCRAFT R&D          **b** Product or service ▶ RESEARCH & DEVELOPMENT

| | | Yes | No |
|---|---|---|---|
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock . . . . . . . . ▶ _____ | | |
| | **(ii)** Total shares of non-restricted stock . . . . . . ▶ _____ | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year  ▶ _____ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed  ▶ _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years. See instructions . . . . . ▶ $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . | | X |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form **1120-S** (2020)

Form 1120-S (2020)    SEAWIND DEVELOPMENT CORP.    26-4727372    Page **3**

| Schedule B | Other Information (see instructions) (continued) | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . | | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . ▶ $ _____ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . | | | X |
| 14a | Did the corporation make any payments in 2020 that would require it to file Form(s) 1099? . . . . . | | | X |
| b | If "Yes," did the corporation file or will it file required Form(s) 1099? . . . . . . . . . . . . | | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . | | | X |
| | If "Yes," enter the amount from Form 8996, line 15 . . . . . . . . . ▶ $ | | | |

| Schedule K | | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . | 1 | |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . | 3a | | |
| | b | Expenses from other rental activities (attach statement) . . . . | 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . | 3c | 0 |
| | 4 | Interest income . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: **a** Ordinary dividends . . . . . . . . . . . . | 5a | |
| | | **b** Qualified dividends . . . . . . . | 5b | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . | 8b | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | 8c | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . . Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures . . . . . Type ▶ | 12c | |
| | d | Other deductions (see instructions) . . . . . Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) . Type ▶ | 13d | |
| | e | Other rental credits (see instructions) . . . . Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ _____ | | |
| | b | Gross income from all sources . . . . . . . . . . | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Reserved for future use . . . . . . . . . . . . | 14d | |
| | e | Foreign branch category . . . . . . . . . . . . | 14e | |
| | f | Passive category . . . . . . . . . . . . . . | 14f | |
| | g | General category . . . . . . . . . . . . . . | 14g | |
| | h | Other (attach statement) . . . . . . . . . . . . | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . . . . . . . . . | 14i | |
| | j | Other . . . . . . . . . . . . . . . . . . | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Reserved for future use . . . . . . . . . . . . | 14k | |
| | l | Foreign branch category . . . . . . . . . . . . | 14l | |
| | m | Passive category . . . . . . . . . . . . . . | 14m | |
| | n | General category . . . . . . . . . . . . . . | 14n | |
| | o | Other (attach statement) . . . . . . . . . . . . | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one): ☐ Paid ☐ Accrued ▶ | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . . . . | 14q | |
| | r | Other foreign tax information (attach statement) . . . . . | | |

Form 1120-S (2020)          SEAWIND DEVELOPMENT CORP.                                    26-4727372     Page **4**

| Schedule K | | Shareholders' Pro Rata Share Items *(continued)* | | Total amount |
|---|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties—gross income | 15d | |
| | e | Oil, gas, and geothermal properties—deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) (see instructions) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |
| **Other Information** | 17a | Investment income | 17a | |
| | b | Investment expenses | 17b | |
| | c | Dividend distributions paid from accumulated earnings and profits | 17c | |
| | d | Other items and amounts (attach statement) | | |
| **Reconciliation** | 18 | **Income (loss) reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 0 |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| 1 | Cash | | 1,165 | | 1,165 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | 0 | | 0 |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | 1,973,565 | | 1,973,565 |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | 0 | | 0 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | 0 | | 0 |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | 0 | | 0 |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 1,974,730 | | 1,974,730 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | 2,823,197 | | 2,823,197 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | 1,351,641 | | 1,351,641 |
| 22 | Capital stock | | 10,000 | | 10,000 |
| 23 | Additional paid-in capital | | 100 | | 100 |
| 24 | Retained earnings | | ( 2,210,208) | | ( 2,210,208) |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,974,730 | | 1,974,730 |

Form **1120-S** (2020)

Form 1120-S (2020)   SEAWIND DEVELOPMENT CORP.                                        26-4727372        Page **5**

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | |
|---|---|
| **1** Net income (loss) per books . . . . . . . | **5** Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| **2** Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) _____ | **a** Tax-exempt interest    $ _____   **0** |
| **3** Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | **6** Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): |
| **a** Depreciation   $ _____ | Depreciation   $ _____ |
| **b** Travel and entertainment   $ _____ | **a** _____   **0** |
| | **7** Add lines 5 and 6  . . . . . . . . . .   **0** |
| **4** Add lines 1 through 3 . . . . .   **0** | **8** Income (loss) (Schedule K, line 18). Subtract line 7 from line 4  . . . . . . .   **0** |

## Schedule M-2 Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions)

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year . . . . . | -2,210,208 | | | |
| **2** | Ordinary income from page 1, line 21 . . . . | | | | |
| **3** | Other additions . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 21 . . . . . . . | | | | |
| **5** | Other reductions . . . . . . . . . | | | | |
| **6** | Combine lines 1 through 5 . . . . . . . | -2,210,208 | 0 | 0 | 0 |
| **7** | Distributions . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6 . . . . . . . . . . . | -2,210,208 | 0 | 0 | 0 |

Form **1120-S** (2020)

671120

☐ Final K-1    ☐ Amended K-1    OMB No. 1545-0123

# Schedule K-1
## (Form 1120-S)
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning _____ ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
26-4727372

**B** Corporation's name, address, city, state, and ZIP code

SEAWIND DEVELOPMENT CORP.
2710 SILVERSIDE ROAD
WILMINGTON, DE 19810

**C** IRS Center where corporation filed return
e-file

### Part II — Information About the Shareholder

**D** Shareholder's identifying number          Shareholder: 1
83-6664548

**E** Shareholder's name, address, city, state, and ZIP code

RICHARD F SILVA ESTATE
P.O. BOX 291
CLAYMONT, DE 19703

**F** Current year allocation percentage . . . . . 100.000000 %

**G** Shareholder's number of shares
Beginning of tax year . . . . . . . . . _____
End of tax year . . . . . . . . . . . _____

**H** Loans from shareholder
Beginning of tax year . . . . . . . $ _____
End of tax year . . . . . . . . . $ _____

For IRS Use Only

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|------|---|------|
| 1 | Ordinary business income (loss) | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |

☐ **18** More than one activity for at-risk purposes*

☐ **19** More than one activity for passive activity purposes*

* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120-S) 2020
HTA

Form **7004**
(Rev. December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

▶ File a separate application for each return.
▶ Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | SEAWIND DEVELOPMENT CORP. | 26-4727372 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | |
| | 2710 SILVERSIDE ROAD | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | |
| | WILMINGTON, DE 19810 | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I    Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

1    Enter the form code for the return listed below that this application is for . . . . . . . . . . . . . . . . . .    25

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II    All Filers Must Complete This Part

2    If the organization is a foreign corporation that does not have an office or place of business in the United States, check here . . . . . . . . . . . . . . . . . . ▶ ☐

3    If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here . . . . . . . . . . . . . . . . . . ▶ ☐
     If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4    If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here . . . ▶ ☐

5a    The application is for calendar year 20  20 , or tax year beginning _____ , 20 ____ , and ending _____ , 20 ___

  b    **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return    ☐ Final return
       ☐ Change in accounting period    ☐ Consolidated return to be filed    ☐ Other (See instructions—attach explanation.)

| | | | |
|---|---|---|---|
| 6    Tentative total tax . . . . . . . . . . . . . . . . . . | **6** | 0 | |
| 7    **Total** payments and credits. See instructions . . . . . . . . . . . . | **7** | 0 | |
| 8    **Balance due.** Subtract line 7 from line 6. See instructions . . . . . . . . | **8** | 0 | |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Form **7004** (Rev. 12-2018)

HTA

## Line 6, Sch L (1120S) - Other Current Assets

|   |   |   | Beginning | End |
|---|---|---|---|---|
| 1 | Loan Receivable - Aero Dev (Can) | 1 | 465,463 | 465,463 |
| 2 | Loan Receivable - ADC | 2 | 46 | 46 |
| 3 | Loan Receivable - Sea Air Composites | 3 | 1,447,135 | 1,447,135 |
| 4 | Seawind LLC | 4 | 60,921 | 60,921 |
| 5 | Total other current assets | 5 | 1,973,565 | 1,973,565 |

## Line 21, Sch L (1120S) - Other Liabilities

|   |   |   | Beginning | End |
|---|---|---|---|---|
| 1 | Loan Payable - Others | 1 | 1,351,641 | 1,351,641 |
| 2 | Total other liabilities | 2 | 1,351,641 | 1,351,641 |

2006013748

PA-20S/PA-65
(06-20) (Page 1 of 3)

**2020 Pennsylvania**
**PA S Corporation/Partnership Information Return**
ENTER ONE LETTER OR NUMBER IN EACH BOX.

Extension Requested        N

Initial Year        N

Final Return        N

FEIN/Name/Address
Change        N

Amended Information
Return        N

Method of Accounting:        A
A=Accrual, C=Cash,
O=Other, Describe

Filing Status:    **PA-20S**    Y    **PA-65**    N    **P-S KOZ**    N

264727372    C    1000056061    541700    Y    Inactive

SEAWIND DEVELOPMENT CORP

Fiscal Year:    N    Short Year:    N

Date activity
began in PA    04212009

2710 SILVERSIDE ROAD

WILMINGTON        DE    19810

**SECTION I. Total Taxable Business Income (Loss) from Operations Everywhere**

| | | |
|---|---|---|
| 1a | Taxable Business Income (Loss) from Operations Everywhere | 1a    0 |
| 1b | Share of Business Income (Loss) from All Other Entities | 1b    0 |
| 1c | **Total Income (Loss)**. Add Line 1a and Line 1b | 1c    0 |
| 1d | Previously Disallowed CNI Deductions - PA S Corporations only | 1d    0 |
| 1e | **Total Adjusted Business Income (Loss)**. Subtract Line 1d from Line 1c | 1e    0 |

**SECTION II. Apportioned/Allocated PA - Taxable Business Income (Loss)**

| | | |
|---|---|---|
| 2 | Net Business Income (Loss) | 2a    0 |
| | (2a = Outside PA)   (2e = PA Source) | 2e    0 |
| 2 | Share of Business Income (Loss) from Other Entities | 2b    0 |
| | (2b = Outside PA)   (2f = PA Source) | 2f    0 |
| 2 | Previously Disallowed PA Source CNI Deductions - PA S Corporations only | 2c    0 |
| | (2c = Outside PA)   (2g = PA Source) | 2g    0 |
| 2 | Calculate Adjusted/Apportioned Net Business Income (Loss) | 2d    0 |
| | (2d = Outside PA)   (2h = PA Source) | 2h    0 |

**SECTION III. Allocated Other PA PIT Income (Loss)**

| | | |
|---|---|---|
| 3 | Interest Income from PA Schedule A | 3    0 |
| 4 | Dividend Income from PA Schedule B | 4    0 |
| 5 | Net Gain (Loss) from PA Schedule D | 5a    0 |
| | (5a = Outside PA)   (5b = PA Source) | 5b    0 |
| 6 | Rent/Royalty Net Income (Loss) from PA Schedule M, Part B | 6a    0 |
| | (6a = Outside PA)   (6b = PA Source) | 6b    0 |
| 7 | Estates or Trusts Income from PA Schedule J | 7a    0 |
| | (7a = Outside PA)   (7b = PA Source) | 7b    0 |
| 8 | Gambling and Lottery Winnings (Loss) from PA Schedule T | 8a    0 |
| | (8a = Outside PA)   (8b = PA Source) | 8b    0 |
| 9 | **Total Other PA PIT Income (Loss)** | 9    0 |

**SUBMIT ALL SUPPORTING SCHEDULES**


Page 1 of 3

EC        OFFICIAL USE ONLY        FC


2006013748



**Written Consent of the Board of Directors**
**of**
**SEAWIND DEVELOPMENT, CORP.**

The undersigned, being all directors of Seawind Development, Corp. (the "Company"), does hereby consent to and adopt the following resolutions as the action of the Company:

## Approval and Authorization of Filings Under Chapter 11 of the U.S. Bankruptcy Code

**WHEREAS,** the Directors have determined that it is in the best interest of the Company, its creditors, and other interested parties to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a petition for relief under Chapter 11 of the U.S. Bankruptcy Code in any United States Bankruptcy Court in any jurisdiction where such a filing would be proper (the "Bankruptcy Court");

**FURTHER RESOLVED,** that Terry Silva is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code and to file such a petition in the Bankruptcy Court, and to execute any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

**FURTHER RESOLVED,** that Terry Silva is authorized to retain on behalf of the Company the law firm of Cross & Simon, LLC as bankruptcy counsel upon such terms and conditions as he shall approve, to render legal services to and to represent, the Company in connection with such Chapter 11 proceedings and other related matters in connection therewith;

## General Authority

**RESOLVED,** that any and all actions heretofore taken by Terry Silva in connection with the transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified and confirmed in all respects;

**FURTHER RESOLVED,** that Terry Silva is hereby authorized and directed, in the Company's name and on its behalf, to take or cause to be taken any and all such additional action or actions as, in the judgment of the officer or officers taking or causing such action or actions, may appear desirable or appropriate to carry out the purposes of the foregoing resolutions.

IN WITNESS THEREOF, this written consent has been executed by the undersigned Directors of the Company effective as of the 17th day of September, 2024.


*/s/ Terry Silva*
Terry Silva, Sole Director

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | (Subchapter V) |
| SEAWIND DEVELOPMENT CORP., | |
| | Case No. _____ |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP

I, Terry Silva, President of Seawind Development, Corp., named as the debtor in this case (the "Debtor"), hereby state pursuant to Fed. R. Bankr. P. 1007(a)(1) that no company directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

Date: September 17, 2024

/s/ Terry Silva
Terry Silva, President

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | (Subchapter V) |
| SEAWIND DEVELOPMENT CORP., | |
| | Case No. _____ |
| Debtor. | |

## STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Terry Silva, Executrix of the Estate of Richard Silva, Managing Member of Seawind Development Corp., hereby state, pursuant to 11 U.S.C. § 1116(1)(B), that Seawind Development Corp. does not have a balance sheet, statement of operations, or cash-flow statement. Seawind Development Corp.'s most recent federal income tax return is attached to Seawind Development Corp.'s Voluntary Petition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: September 17, 2024

                                          _/s/ Terry Silva_____
                                          Terry Silva, Executrix of the Estate of Richard Silva

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11<br>(Subchapter V) |
| SEAWIND DEVELOPMENT CORP., | |
| Debtor. | Case No. _____ |

**DECLARATION UNDER PENALTY OF PERJURY REGARDING
<u>LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS</u>**

I, Terry Silva, President of Seawind Development, Corp., named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.  Inclusion of any entity on the List of Creditors Holding 20 Largest Unsecured Claims does not and should not constitute: (1) a waiver of any defense; (2) an acknowledgement of the allowability of any claims; and/or (3) a waiver of any other right, remedy or legal position of the Debtor.

Date: September 17, 2024

*/s/ Terry Silva*
Terry Silva, President

**Fill in this information to identify the case:**

Debtor name ___Seawind Development Corp.___

United States Bankruptcy Court for the: _____ District of __DE__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | James Canitz 14742 Lake Ridge Dr. Eagle River, AK 99577 | | Loan | D | | | 900,000.00 |
| 2 | Major Equipment Corp. 1388 Page Industrial Ct. S. Saint Louis, MO 63132 | | Loan | D | | | 500,000.00 |
| 3 | Lavery Suite 4000, 1, Place V. Marie Montreal, QC H3B 4M4 Canada | | Legal services | D | | | 50,000.00 |
| 4 | Manou Dessertine 3046 rue Bouthillier Carignan, Québec,  J3L 0J3 Canada | | Rent | | | | 50,000.00 |
| 5 | W. Martin Huber P.O. Box 12429 Olivette, MO 63141 | | Loan | C, U, D | | | Unknown |
| 6 | W. Martin Huber Revocable Trust P.O. Box 12429 Olivette, MO 63141 | | Loan | C, U, D | | | Unknown |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    Seawind Development Corp.
            Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| | (Subchapter V) |
| SEAWIND DEVELOPMENT CORP., | |
| | Case No. _____ |
| Debtor. | |

**DECLARATION UNDER PENALTY OF PERJURY**
**REGARDING LIST OF EQUITY SECURITY HOLDERS**

I, Terry Silva, President of Seawind Development, Corp., named as the debtor in this case (the "Debtor"), hereby declare under penalty of perjury that I have read the attached List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: September 17, 2024

*/s/ Terry Silva*
Terry Silva, President

## **List of Equity Security Holders**

Estate of Richard F. Silva

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| | (Subchapter V) |
| SEAWIND DEVELOPMENT CORP., | |
| | Case No. _____ |
| Debtor. | |

**DECLARATION UNDER PENALTY OF
PERJURY REGARDING CREDITOR MATRIX**

Seawind Development, Corp., the above-captioned debtor (the "Debtor"), filed a petition in this court on September 17, 2024 for relief under chapter 11 of the United States Bankruptcy Code.  Contemporaneously with the filing of the petitions, the Debtor filed a list of its creditors (the "Creditor Matrix").  The Creditor Matrix was submitted to the Court electronically.

I, Terry Silva, President of the Debtor, hereby declare under penalty of perjury that I have reviewed the Creditor Matrix and that it is true and correct to the best of my knowledge, information and belief.

Date: September 17, 2024

_/s/ Terry Silva_____
Terry Silva, President

Estate of Richard F. Silva
c/o Terry Silva
2710 Silverside Road
Wilmington, DE 19810

James Canitz
14742 Lake Ridge Drive
Eagle River, AK 99577

Lavery
Suite 4000
1, Place Ville Marie
Montreal, QC H3B 4M4
CANADA

Major Equip. Corp.
1388 Page Industrial Court South
Saint Louis, MO 63132

Manou Dessertine
3046 rue Bouthillier
Carignan, Québec,  J3L 0J3
Canada

Sea Air Composites, Inc.
c/o Manou Dessertine
3046 rue Bouthillier
Carignan, Québec,  J3L 0J3
Canada

W. Martin Huber
P.O. Box 12429
Olivette, MO 63141

W. Martin Huber Revocable Trust
P.O. Box 12429
Olivette, MO 63141